918

No. 79–1634. STARR ET AL. v. NIXON, FORMER PRESIDENT OF THE UNITED STATES, ET AL., 446 U. S. 953;

No. 79–1714. ALEXANDER v. LOS ANGELES COUNTY CIVIL SERVICE COMMISSION ET AL., 447 U. S. 924;

No. 79–6099. STARVAGGI v. TEXAS, *ante,* p. 907; and

No. 79–6350. BARFIELD v. NORTH CAROLINA, *ante,* p. 907. Petitions for rehearing denied.

SEPTEMBER 18, 1980

No. 80–182. CELEBREZZE, SECRETARY OF STATE OF OHIO v. ANDERSON ET AL. C. A. 6th Cir. Renewed motion of petitioner to expedite consideration of the petition for writ of certiorari granted. Certiorari before judgment denied. MR. JUSTICE STEWART, MR. JUSTICE WHITE, and MR. JUSTICE REHNQUIST would grant the petition and set the case for oral argument during the week of October 6, 1980.